JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Olufemi Ezekiel Olubode,<br><br>    Plaintiff,<br><br>v.<br><br>Ur M. Jaddou, in her capacity as the Director of U.S. Citizenship and Immigration Services ("USCIS"), et al.,<br><br>    Defendant. | Case No. 3:24-cv-00303-MMD-CSD<br><br>**Order Granting Joint Stipulation to Stay the Proceedings (Second Request)** |

Plaintiff Olufemi Ezekiel Olubode, *pro se*, and the United States of America, on behalf of Federal Defendants, the United States Citizenship and Immigration Services, Ur M. Jaddou, Terri Robinson, and Leander Holston, through counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance for a period of 90 days, or until **February 10, 2025**.

The parties have conferred, and they believe they will be able to resolve this matter without continued litigation. The subject of this litigation concerns Plaintiff's I-485 application for adjustment of status and Plaintiff's wife's—Shavonda Gates—I-130 application to petition for an alien relative. Plaintiff claims Defendants have unduly delayed the processing of the I-485 and I-130 applications.

Defendants currently are processing Plaintiff's applications. Defendants issued, and Plaintiff received, a notice setting a date and time for an interview regarding Plaintiff's I-

Respectfully submitted this 12th day of November 2024.

|  |  |
|---|---|
|  | JASON M. FRIERSON<br>United States Attorney |
| (*see* Ex. 1)<br>OLUFEMI EZEKIEL OLUBODE<br>1865 Wind Ranch Rd, Unit C<br>Reno, NV 89521<br>(702) 956-0318<br>oeolubode@gmail.com<br>*Pro Se Plaintiff* | */s/ Christian R. Ruiz*<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

**IT IS SO ORDERED:**

_____
**United States District Judge**

**DATED:  November 13, 2024**

2

# Exhibit 1

**From:** Olufemi Olubode <oeolubode@gmail.com>
**Sent:** Tuesday, November 12, 2024 2:30 PM
**To:** Ruiz, Christian (USANV) <CRuiz1@usa.doj.gov>
**Cc:** Pisan, Liam (USANV) <LPisan@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: Olubode v Jaddou, et al.; 3:24-cv-00303

I forgot to cc your paralegal in my response. Liam has been cc'ed in this reply.

Best regards,
Olufemi Olubode

On Tue, Nov 12, 2024 at 1:51 PM Olufemi Olubode <oeolubode@gmail.com> wrote:

> Hello Christian,
>
> Thank you for providing an update to my last email. I was just thinking of reaching out to you sometime this week to see if you received the email.
>
> I understand the implications of moving in between a pending petition with USCIS. But in my case, my file stayed back at Las Vegas field office since it was transferred from the National Benefit Center since March 2023 until the time my interview was scheduled. Well, no need to keep going about the delay anymore.
>
> Regarding the I-751 Form mentioned in my last email, I have not submitted it. I was only looking at it from the perspective of saving administrative time on the side of USCIS and my side, the stress of waiting and finances. It was only a suggestion, and I hope they will consider it. Let's see what they say about that.
>
> No problem. I will wait to hear from you when your point of contact is returned next week.
>
> And yes, I consent to the stay until February 10, 2025.
>
>
> Kind regards,
> Olufemi Olubode