SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Olufemi Ezekiel Olubode,<br><br>    Plaintiff,<br><br>    v.<br><br>Ur M. Jaddou, in her capacity as the Director of U.S. Citizenship and Immigration Services ("USCIS"), et al.,<br><br>    Defendant. | Case No. 3:24-cv-00303-MMD-CSD<br><br>**Order Granting Joint Stipulation and Order of Dismissal** |

The United States of America—on behalf of Federal Defendants, the United States Citizenship and Immigration Services, Ur M. Jaddou, Terri Robinson, and Leander Holston—and *Pro Se* Plaintiff Olufemi Ezekiel Olubode, hereby stipulate to the dismissal, without prejudice, of each and every claim in the Complaint (ECF No. 1), each party to bear its own fees and costs.

The Complaint is moot given that USCIS issued, on January 15, 2025, a Notice of Decision in Plaintiff's administrative case.

/ /

/ /

/ /

/ /

/ /

Respectfully submitted this 28th day of January 2025.

                                                          SUE FAHAMI
                                                          United States Attorney

 (*see* Ex. 1)                                 */s/ Christian R. Ruiz*
OLUFEMI EZEKIEL OLUBODE      CHRISTIAN R. RUIZ
1865 Wind Ranch Rd, Unit C         Assistant United States Attorney
Reno, NV 89521
(702) 956-0318
oeolubode@gmail.com


**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**


**DATED:** <u>January 29, 2025</u>

2

**Certificate of Service**

I, Liam Pisan, hereby certify that the above Joint Stipulation and Order of Dismissal was served upon *Pro Se* Plaintiff, identified below, via US Postal Service and electronic mail:

Olufemi Ezekiel Olubode
1865 Wind Ranch Rd, Unit C
Reno, NV 89521
*Pro Se Plaintiff*

Dated this 28th day of January 2025.

    */s/ Liam Pisan*
    LIAM PISAN
    Paralegal Specialist

# Exhibit 1

Correspondence

| | |
|---|---|
| **From:** | Olufemi Olubode |
| **To:** | Ruiz, Christian (USANV) |
| **Subject:** | [EXTERNAL] Re: Olubode v Jaddou, et al.; 3:24-cv-00303 |
| **Date:** | Tuesday, January 28, 2025 8:02:13 AM |

Hello Christian,

Thank you for seeing this through.

Yes, I concur to the dismissal of the suit.

We have resolved to refiling the petition and should be submitting it by tomorrow.

Thank you, again.

Kind regards,
Olufemi Olubode

On Mon, Jan 27, 2025, 04:11 Ruiz, Christian (USANV) <Christian.Ruiz@usdoj.gov> wrote:

> Hello Mr. Olubode,
>
> The current stay (i.e., pause) in the District Court case expires at the end of Monday, January 27, 2025. The Complaint/Petition asked the District Court to order USCIS to issue a decision in your immigration case. Since USCIS issued their decision on January 15, 2025, although it was not the decision you were hoping for, I was hoping we could agree to dismiss the District Court case. I attached a stipulation of dismissal for your review. If you agree to this stipulation and we file it, this document would prompt the Court to end the case.
>
> USCIS forwarded to me the notice of decision that they issued on January 15. I think you already have that notice in your records, but I can send you a copy if you'd like. Once we file the attached stipulation, I'll forward it to USCIS along with your email regarding the financial hardship that refiling a Form I-130 would cause you. I cannot guarantee that USCIS will do anything with that information, but I can promise to pass along your message.
>
> Please let me know if you have any questions. If you don't have time to print and sign the attached, your email consenting to the stipulation for dismissal would be sufficient.
>
> Best regards,
>
> Christian

--

**Christian R. Ruiz**

Assistant United States Attorney

United States Attorney's Office

District of Nevada

Direct: 702-388-5071

Christian.Ruiz@usdoj.gov